UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINA WALLACE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 13-cv-5485 |
| v. | ) Judge John Z. Lee |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| UNIVERSITY VILLAGE MANAGEMENT COMPANY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and between the undersigned counsel for Plaintiffs and counsel for Defendants, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this matter be dismissed with prejudice, each party to bear their own costs.

/s/Jennifer Soule (By Consent)
Jennifer K. Soule
Soule, Bradtke & Lambert
533 S. Division Street, Suite B
Elmhurst, IL 60126
630-333-9144
630-607-0266 (fax)

Attorneys for Plaintiffs

/s/Clifford R. Perry III (By Consent)
Clifford R. Perry III
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

Attorney for Defendants